# UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF MICHIGAN

In Re: DAVID T. NOWAKOWSKI            CHAPTER 13

    Debtor                                Case No. 10-55696

                                                    Hon. Steven W. Rhodes

_____/

### ORDER CONFIRMING PLAN

     The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

     Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

     IT IS FURTHER ORDERED that the claim of KURT OKEEFE , Attorney for the Debtor, **for the allowance of compensation and reimbursement of expenses is allowed by fee application and by fee application in expenses, and that the portion of such claim which has not already been paid, to-wit: by fee application shall be paid by the Trustee as an administrative expense of this case.**

     IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

     All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

     IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

X Class 8 unsecured creditors shall receive no less than $52,510.20.
X PAYMENTS INCREASE TO $313.15 WEEKLY AS OF AUGUST 4, 2010.

| | |
|---|---|
| /s/ Margaret Conti Schmidt | /s/ Kurt OKeefe |
| Krispen S. Carroll (P49817) | Attorney for Debtor |
| Margaret Conti Schmidt (P42945) | Kurt O'Keefe |
| Maria Gotsis (P67107) | Attorney for Debtor |
| 719 Griswold Street | 1593 Torrey Road |
| 1100 Dime Building | Grosse Pointe Woods MI 48236 |
| Detroit, MI 48226 | 313-962-4630 |
| 313-962-5035 | koklaw@gmail.com |
| notice@det13ksc.com | |

/s/ Heather Dickow
For GMAC Mortgage LLC

.

**Signed on August 07, 2010**

                                                        **_____/s/ Steven Rhodes_____**
                                                          **Steven Rhodes**
                                                          **United States Bankruptcy Judge**